UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20100-CR-RUIZ/BECERRA

UNITED STATES OF AMERICA

v.

**RYAN JAMES CRAWFORD,**
    a/k/a "Brody,"

        **Defendant.**
_____/

## THE UNITED STATES OF AMERICA'S MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, moves the Court to unseal the Indictment in this matter. On March 10, 2023, Defendant Ryan James Crawford was arrested in Denver, Colorado.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:    */s/ Stephanie Hauser*
        Stephanie Hauser
        Assistant United States Attorney
        Florida Bar No. 92765
        JLK Federal Justice Building
        99 Northeast 4th Street, 4th Floor
        Miami, Florida 33132-2111
        Telephone:  305-961-9065
        Facsimile:  305-530-7976
        Email:  stephanie.hauser@usdoj.gov